UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

|  |  |
|---|---|
| | : **Case No. 8:24-cv-139** |
| SHAWN GETTINGER, on behalf of himself and all others similarly situated, | |
| Plaintiff, | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| Rosie O'Grady's, Inc., | : |
| Defendant. | : |
| | : |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's

attorney, that whereas no party hereto is an infant, incompetent person for whom a committee

has been appointed or conservatee, and no person not a party has an interest in the subject matter

of the action, that the above entitled action against Defendant shall be and hereby is dismissed

with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party

pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of

dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: October 29, 2024                              Respectfully Submitted,

                                                                     */s/ Justin Zeig*
                                                                    Justin Zeig, Esq.
                                                                    **Zeig Law Firm, LLC**
                                                                    3475 Sheridan St, Ste 310
                                                                    Hollywood, FL 33021
                                                                    justin@zeiglawfirm.com
                                                                    Tel. 754-217-3084
                                                                    Fax 954-272-7807
                                                                    *Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 29th day of October 2024                    Respectfully Submitted,

/s/ Justin Zeig
Justin Zeig, Esq.