UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHAWN GETTINGER

v.                                                    Case No. 8:24-cv-139-TGW

ROSIE O'GRADY'S, INC.


ORDER

THIS CAUSE came on for consideration upon the Notice of

Voluntary Dismissal With Prejudice (Doc. 22).

It is, upon consideration,

ORDERED:

That this case is **DISMISSED WITH PREJUDICE** under

Rule 41(a)(2), F.R.Civ.P., and the **CLERK** is **DIRECTED** to **CLOSE** this

case.

DONE and ORDERED at Tampa, Florida, this 28th day of

Feb.            2025.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE